AO 442 (Rev. 11/11) Arrest Warrant

24- mj - 5177

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

FILED

AUG 2 7 2024

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

United States of America
v.
ARTHUR SPITZER

)
)
)
)
)
)

Case No.  24-cr-528

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)  ARTHUR SPITZER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Bank and wire fraud conspiracy; bank fraud; wire fraud; false statements; aggravated identity theft; money laundering;
aiding and abetting
18 U.S.C. §§ 1343; 1344; 1349; 1014; 1028A(a)(1); 1957(a); 2

Date:  8/21/24

_Sharon A. King_
Issuing officer's signature

City and state:    Camden, New Jersey

Hon. SHARON A. KING
Printed name and title    U SMJ

| Return |
|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) _____ at (city and state) _____ . |

Date: _____

_____
Arresting officer's signature

_____
Printed name and title