

Jason I. Ser
Partner
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

February 28, 2025

**VIA ECF**

The Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

**ORDER**

Re:  *United States v. Spitzer, et. al.*, 24 Cr. 528 (ESK)

Dear Judge Kiel,

We write on behalf of our client, Arthur Spitzer, to respectfully request that the Court modify the conditions of release imposed in this case at the arraignment hearing on September 3, 2024. At that time, the Court ordered, among other conditions, release on a $250,000 secured appearance bond with travel restricted to the District of New Jersey and, for purposes of attending attorney visits only, the Eastern and Southern Districts of New York. The Court later modified the travel conditions allowing Mr. Spitzer to travel to the Eastern District of New York as needed for medical and/or mental health treatment. Mr. Spitzer seeks temporary modification of the travel conditions to allow him to travel to Brooklyn, in the Eastern District of New York, to attend a family wedding on March 3, 2025.

We contacted Pretrial Services Officer Todd Jones about the instant modification request. Mr. Jones informed us that Pretrial Services has no objection. We also contacted Assistant United States Attorney Daniel Friedman about the instant modification request. Mr. Friedman informed us that the government has no objection.

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/ JIS
Henry E. Mazurek
Jason I. Ser
Meister Seelig & Fein PLLC
*Attorneys for Arthur Spitzer*

So ordered.

*/s/ Edward S. Kiel*
Edward S. Kiel, U.S.D.J.
Date: March 1, , 2025

cc:  Counsel of record (via email)
     United States Pretrial Services (via email)

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com