# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v -<br><br>ARTHUR SPITZER,<br>MENDEL DEUTSCH, and<br>JOSHUA FELDBERGER, | No.: 24-cr-528-ESK |

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE THAT the undersigned notifies the Court that Eric M. Ferrante, Esq., of Nixon Peabody LLP, will be substituted as attorney of record for Defendant Mendel Deutsch in place of Todd Blanche and Emil Bove, formerly of Blanche Law, in the above-captioned case.

Dated: March 14, 2025

/s/ *Lex Urban*_____
Lex Urban
Blanche Law
99 Wall Street, Suite 4460
New York, NY 10005
Tel.: 212-716-1250
Lex.Urban@blanchelaw.com

*Withdrawing counsel for Defendant Mendel Deutsch*

Dated: March 14, 2025

*/s/ Eric M. Ferrante*_____
Eric M. Ferrante
Nixon Peabody LLP
1300 Clinton Square
Rochester, New York 14604
Tel.: 585-263-1000
eferrante@nixonpeabody.com

*Substituting counsel for Defendant Mendel Deutsch*

4898-0158-7241.1