UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 24-528 (ESK) |
| v. | Hon. Edward S. Kiel |
| ARTHUR SPITZER, MENDEL DEUTSCH, and JOSHUA FELDBERGER | SCHEDULING ORDER |

This matter having come before the Court for an entry of a scheduling order; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (Daniel A. Friedman, Assistant U.S. Attorney, appearing); and the defendants and their counsel as follows: Arthur Spitzer (Henry Mazurek, Esq. and Jason Ser, Esq., appearing), Mendel Deutsch (Timothy D. Sini, Esq. and Eric Ferrante, Esq. appearing), and Joshua Feldberger (Zach Intrater, Esq., appearing); and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of Paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery No. 15-2 ("the Standing Order"); and for good cause shown,

IT IS on this _____ day of April 2025, ORDERED as follows:

1. The following shall be the revised schedule for pretrial motions in this matter:

      a)     The parties shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 15, 2025.

      b)     The parties shall file any response to pretrial motions on or before September 12, 2025.

      c)     The parties shall file any reply on or before September 26, 2025.

      d)     Oral argument on pretrial motions shall be held on _____ at \_\_\_\_ a.m./p.m.

2.     Pursuant to Paragraphs 17 to 21 of the Standing Order, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

_____
THE HONORABLE EDWARD S. KIEL
United States District Judge