

Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120
Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

**Timothy D. Sini**
Partner

T / 516.832.7655
F / 833.875.0420
tsini@nixonpeabody.com

April 25, 2025

<u>**VIA CM/ECF**</u>

Hon. Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    <u>*United States v. Spitzer, et al.*, Crim. No. 24-528 (ESK)</u>

Dear Judge Kiel:

    I am writing to notify the Court of and ensure that Your Honor has no objection to Mendel Deutsch's commitment to a 90-day, in-patient rehabilitation facility located in California.

    Initially, as per the September 3, 2024 Order Setting Conditions of Release, Mr. Deutsch's ability to travel was restricted to New Jersey, unless otherwise approved by Pretrial Services. Pursuant to Pretrial Release Reporting Instructions provided to Mr. Deutsch, Pretrial Services approved Mr. Deutsch's ability to travel outside of New Jersey only restricted to the Continental United States. Moreover, Pretrial Services and the Government have no objection to Mr. Deutsch's admission into an in-patient rehabilitation center in California. Mr. Deutsch is prepared to duly comply with any Pretrial Services reporting requirements required of him.

Sincerely,

*[signature]*

Timothy D. Sini
Partner