

Jason I. Ser
Partner
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

May 7, 2025

**VIA ECF**

The Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101



**ORDER**

Re:   *United States v. Spitzer, et. al.*, 24 Cr. 528 (ESK)

Dear Judge Kiel,

We represent Arthur Spitzer and write to the Court, with the consent of all co-counsel, on behalf of Mr. Spitzer, Mendel Deutsch, and Joshua Feldberger. On May 2, 2025, the government filed a motion pursuant to Federal Rule of Criminal Procedure 15 for an order permitting it to depose a prospective witness identified in the Indictment as Individual 6. ECF 61. Counsel for the defendants have conferred about a briefing schedule and jointly propose filing any opposition to the government's motion on or before Friday, May 23, 2025.

We contacted Assistant United States Attorney Daniel Friedman about the proposed briefing schedule. Mr. Friedman informed us that the government consents to the proposed deadline.

Thank you for your consideration of this matter.

**So Ordered.**

**/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.D.J.**
**Date: May 9, 2025**

Respectfully Submitted,

_____/s/ JIS_____
Henry E. Mazurek
Jason I. Ser
Meister Seelig & Fein PLLC
*Attorneys for Arthur Spitzer*

cc:   Counsel of record (via email)
      United States Pretrial Services (via email)

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com