

*Jason I. Ser*
Partner
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

May 20, 2025

<u>**VIA ECF**</u>
The Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

     **Re:**    ***United States v. Spitzer, et. al., 24 Cr. 528 (ESK)***

Dear Judge Kiel,

     We write on behalf of our client, Arthur Spitzer, to respectfully request that the Court modify the conditions of release imposed in this case at the arraignment hearing on September 3, 2024. At that time, the Court ordered, among other conditions, release on a $250,000 secured appearance bond with travel restricted to the District of New Jersey and, for purposes of attending attorney visits only, the Eastern and Southern Districts of New York. The Court later modified the travel conditions allowing Mr. Spitzer to travel to the Eastern District of New York as needed for medical and/or mental health treatment. Mr. Spitzer seeks temporary modification of the travel conditions to allow him to travel to his grandfather's home in Brooklyn, in the Eastern District of New York, on Thursday, May 22, 2025. Mr. Spitzer's great-aunt recently passed away and his grandfather is sitting Shiva (the seven-day period of mourning in the Jewish faith). Mr. Spitzer wants to pay his respects and sit Shiva with his grandfather. Mr. Spitzer agrees that he will not communicate with anyone associated with the case if they are present.

     We contacted Pretrial Services Officer Todd Jones and Assistant United States Attorney Daniel Friedman about the instant modification request. Pretrial Services and the government have no objection.

     Thank you for your consideration of this matter.

                            Respectfully Submitted,

                            _____/s/ JIS_____
                            Henry E. Mazurek
                            Jason I. Ser
                            Meister Seelig & Fein PLLC
                            *Attorneys for Arthur Spitzer*

cc:     Counsel of record (via email)
         United States Pretrial Services (via email)