UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF VIDEO PROCEEDINGS

JUNE 9, 2025
DATE OF PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell

Docket # 24-cr-00528-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA,
     v.

ARTHUR SPITZER, *et al.*
    DEFENDANTS.

VIDEO APPEARANCES:
Elisa Wiygul, AUSA for Government.
Henry E. Mazurek and Jason Ser, Esqs. for Defendant (A. Spitzer-present)
Eric Ferrante, Esq. for Defendant (M. Deutsch-not present)
Zach Interater, Esq. for Defendant (J. Feldberger-not present)

NATURE OF VIDEO PROCEEDINGS:     MOTION HEARING
Status hearing held.
Hearing on Government's [61] Motion to take deposition;
Ordered motion Granted.
Teams video status hearing scheduled for September 30, 2025-11:00 a.m.
Ordered counsel to submit revised briefing schedule.

Time commenced: 2:00 p.m.
Time Adjourned: 2:17p.m.
Total Time: 17 min.

s/*GN*
DEPUTY CLERK