

*DANIEL A. FRIEDMAN*  
*Assistant United States Attorney*

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*401 Market Street, Fourth Floor*
*Camden, New Jersey 08101-2098*

*Direct Dial: 856.968.4867*
*Email: Daniel.friedman2@usdoj.gov*

July 25, 2025

<u>Via ECF</u>

Hon. Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

  Re:  <u>United States v. Spitzer, et al., Crim. No. 24-528 (ESK)</u>

Dear Judge Kiel:

  Enclosed is a proposed scheduling order in this matter. The schedule revises the previously set schedule for the filing of pretrial motions. On behalf of the parties, we respectfully request that Your Honor sign and docket the order.

        Respectfully submitted,

        */s/ Daniel A. Friedman*
       By:  DANIEL A. FRIEDMAN
        Assistant U.S. Attorney

Cc: All counsel of record (via ECF)