

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

July 30, 2025

**VIA ECF**

The Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

Re:   *United States v. Spitzer, et. al.*, 24 Cr. 528 (ESK)

Dear Judge Kiel,

We write on behalf of our client, Arthur Spitzer, to reply to the government's opposition to his motion to remove the pretrial release condition of GPS location monitoring ("Opp."). (ECF 79.) In response to Mr. Spitzer's argument that he would never seek to flee by himself and leave his wife and children behind, the government asserts that "nothing prevents his family from joining him. His family members have not surrendered their passports and are subject to no travel restrictions." (Opp. at 4.)

Mr. Spitzer agrees to add a condition requiring his wife and children to surrender their passports to Pretrial Services to alleviate the government's concerns about his family leaving with him.

Respectfully yours,

/s/ Jason I. Ser
Henry E. Mazurek
Jason I. Ser
Meister Seelig & Fein PLLC

*Attorneys for Arthur Spitzer*

cc:   Counsel of record (via email)
      United States Pretrial Services (via email)