

<div style="text-align: right;">
Jason I. Ser<br>
Partner<br>
Direct (646) 539-3712<br>
Fax (212) 655-3535<br>
jis@msf-law.com
</div>

September 12, 2025

**VIA ECF**

The Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

    Re:    *United States v. Spitzer, et. al.*, 24 Cr. 528 (ESK)

Dear Judge Kiel,

    We represent Arthur Spitzer and write to the Court, with the consent of all co-counsel, on behalf of Mr. Spitzer, Mendel Deutsch, and Joshua Feldberger. We write to respectfully request an extension of the deadline for defendants to file their pretrial motions from September 17, 2025 to September 22, 2025.

    We contacted Assistant United States Attorney Daniel Friedman about the instant extension request. Mr. Friedman informed us that the government consents to an extension of the motions filing deadline to September 22, 2025.

    Thank you for your consideration of this matter.

<div style="margin-left: 50%;">
Respectfully Submitted,

    /s/ JIS
    _____
Henry E. Mazurek
Jason I. Ser
Meister Seelig & Fein PLLC
*Attorneys for Arthur Spitzer*
</div>

cc:    Counsel of record (via email)
       United States Pretrial Services (via email)