

Nixon Peabody LLP
55 West 46th Street
New York, NY 10036-4120

**Timothy D. Sini**
Partner

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

T / 516.832.7655
F / 833.875.0420
tsini@nixonpeabody.com

May 12, 2026

*VIA ECF*

Hon. Edward S. Kiel
United States District Court
   for the District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

RE:    *United States v. Mendel Deutsch*, 1:24-CR-00528 (ESK-2)

Dear Judge Kiel:

This firm represents Defendant Mendel Deutsch in the above-captioned matter. Mr. Deutsch's sentencing is currently scheduled for June 2, 2026 at 11:00 am before your Honor.

On April 24, 2026, counsel for Mr. Deutsch's co-defendant, Joshua Feldberger, submitted a letter to the Court requesting that Mr. Feldberger's sentencing be rescheduled for June 2, 2026 at 11:00 am, the time previously set for Mr. Deutsch, and that Mr. Deutsch's sentencing be reset subsequently. On May 4, 2026, the Court granted that request and scheduled Mr. Feldberger's sentencing for June 2, 2026.

Mr. Deutsch's sentencing has not been rescheduled. We have conferred with the Government and all parties consent to the adjournment and are available during the last week of July for sentencing. Thank you for your consideration of this request.

Respectfully submitted,

Timothy D. Sini
Partner