UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

AUGUST 19, 2026
DATE OF PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell
Angie Polanco, U.S. Pretrial Officer.

Docket # 24-CR-00528 (ESK)

TITLE OF CASE:
UNITED STATES OF AMERICA
v.

ARTHUR SPITZER-01,
DEFENDANT.

APPEARANCES:
Elisa T. Wiygul, AUSA for Government.
Henry E. Mazurek and Jason Ser, Esqs. for Defendant.
(Defendant present in courtroom)

NATURE OF PROCEEDINGS: RETRACTION PLEA TO COUNTS 6 and 22 OF THE THIRTY COUNT INDICTMENT
Ordered defendant sworn; Defendant sworn.

PLEA: Defendant retracted his plea of Not Guilty to Counts 6 and 22 of the Thirty Count Indictment and entered a plea of GUILTY to Counts 6 and 22 of the Thirty Count Indictment.

Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement and Rule 11 documents to be filed.
Hearing on defendant's [180] Motion to Modify Conditions of Release re: monitoring;
Ordered motion denied.
Ordered bail continued as previously set.
Sentence set for Monday, December 21, 2026 at 11:00 a.m., Courtroom 4D.

Time commenced: 1:00 p.m.
Time Adjourned: 1:40 p.m.
Total Time: 40 min.

*/s/GN*
DEPUTY CLERK